UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSIE M. WILLIAMS, et al., <br><br> Plaintiff(s), <br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant(s). | CASE NO. C25-5917-KKE <br><br> ORDER GRANTING STIPULATED MOTION TO REMAND |

This matter is before the Court on the parties' stipulated motion to remand the case to Pierce County Superior Court. Dkt. No. 5. On September 11, 2025, Plaintiffs Susie Williams and James Williams filed this lawsuit in Pierce County Superior Court. Dkt. No. 1-1. On October 10, 2025, Defendant State Farm Fire and Casualty Insurance Company ("State Farm") removed the action to federal court. *Id.* After removing the action to federal court, State Farm learned that Plaintiffs previously served additional, non-diverse defendants on or about September 19, 2025. Dkt. No. 5 at 1. Accordingly, the parties stipulate that "at the [time] State Farm removed this case, it was actually not removable based upon diversity jurisdiction," and request the Court remand the case to Pierce County Superior Court. *Id.* Without complete diversity among parties, this Court lacks jurisdiction to hear this case. 28 U.S.C. § 1332(a). Thus, the parties' stipulated motion to remand is granted.

Accordingly, the Court ORDERS that:

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

1. The Parties' stipulated motion for remand is GRANTED;

2. This case is hereby REMANDED to the Superior Court of Washington for Pierce County; and

3. The Clerk of Court is directed to administratively close this case.

Dated this 17th day of October, 2025.

_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO REMAND - 2